| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartand, LLP**<br>Rick Pepsny, Esq. appearing (RP-8958)<br>475 CR 520, Suite 200<br>Marlboro, NJ 07746<br>Email: rpepsny@privatelenderlaw.com<br>Telephone: 212-536-3529<br>Facsimile: 732-625-2463<br><br>Attorneys for Secured Creditor SSA NE Assets, LLC | Case No.: 24-18196<br><br>Chapter 13<br><br>Hearing Date: January 29, 2025<br><br>Judge: Michael B Kaplan |
| In Re:<br><br>Nayana R. Desai | |

**Recommended Local Form**     ☐ Followed   ☒ Modified

### ORDER GRANTING MOTION TO VACATE DISMISSAL OF THE CASE FOR THE LIMITED PURPOSE OF RELISTING CREDITOR'S MOTION FOR PROSPECTIVE RELIEF OF STAY

The relief set forth on the following   Page 2           is hereby **ORDERED**

Upon the motion of <u>SSA NE Assets, LLC</u>, under FRCP 60(b)(1) to vacate dismissal of the case; and the court having considered any objections filed; and for good cause shown; it is

☒ ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this Order for the limited purpose of relisting creditor's Motion for Prospective Relief of Stay. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

☒ ORDERED that the Clerk of the Bankruptcy Court is hereby directed to relist the movant's motion for bankruptcy stay relief including prospective relief, filed on August 30, 2024, for January 29, 2025.

☐ ORDERED that the motion to vacate order dismissing case is denied.

☒ ORDERED upon the disposition of Secured Creditor SSA NE Assets, LLC Motion for Prospective Relief of Stay, the case will be Dismissed.

☐ ORDERED (Other)

_____
_____

IT IS FURTHER ORDERED that the Secured Creditor SSA NE Assets, LLC must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form Certification of Service in accordance with D.N.J. LBR 9024-1(b).