| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption** in **Compliance** with **D.N.J. LBR** 9004-l(b)<br><br>**LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartand, LLP**<br>Rick Pepsny, Esq. appearing (RP-8958)<br>475 CR 520, Suite 200<br>Marlboro, NJ 07746<br>Email: rpepsny@privatelenderlaw.com<br>Telephone: 212-536-3529<br>Facsimile: 732-625-2463<br><br>Attorneys for Secured Creditor SSA NE Assets, LLC | **Order Filed on January 23, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: 24-18196<br><br>Chapter 13<br><br>Hearing Date: January 29, 2025<br><br>Judge: Michael B Kaplan |
| In Re:<br><br>Nayana R. Desai | |

| |
|---|
| **Recommended Local Form**    ☐ Followed    ☒ Modified |

### ORDER GRANTING MOTION TO VACATE DISMISSAL OF THE CASE FOR THE LIMITED PURPOSE OF RELISTING CREDITOR'S MOTION FOR PROSPECTIVE RELIEF OF STAY

The relief set forth on the following   Page 2          is hereby **ORDERED**

**DATED: January 23, 2025**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of SSA NE Assets, LLC, under FRCP 60(b)(1) to vacate dismissal of the case; and the court having considered any objections filed; and for good cause shown; it is

☒ ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this Order for the limited purpose of relisting creditor's Motion for Prospective Relief of Stay. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

☒ ORDERED that the Clerk of the Bankruptcy Court is hereby directed to relist the movant's motion for bankruptcy stay relief including prospective relief, filed on August 30, 2024, for January 29, 2025.

☐ ORDERED that the motion to vacate order dismissing case is denied.

☒ ORDERED upon the disposition of Secured Creditor SSA NE Assets, LLC Motion for Prospective Relief of Stay, the case will be Dismissed.

☐ ORDERED (Other)

_____
_____

IT IS FURTHER ORDERED that the Secured Creditor SSA NE Assets, LLC must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form Certification of Service in accordance with D.N.J. LBR 9024-1(b).

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-18196-MBK
Nayana R. Desai  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 1
Date Rcvd: Jan 23, 2025 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Nayana R. Desai, 855 New Dover Rd., Edison, NJ 08820-1806 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Richard J. Pepsny | on behalf of Creditor SSA NE Assets LLC pepsnylawfirm@msn.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4