| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPar<br>Rick Pepsny, Esq. appearing (RP-8958)<br>475 CR 520, Suite 200, Marlboro, NJ 07746<br>Email: rpepsny@privatelenderlaw.com<br>Telephone: 212-536-3529<br>Facsimile: 732-625-2463<br>Attorneys for Secured Creditor SSA NE Assets, LLC | Order Filed on January 29, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:
Nayana R. Desai

Case No.: 24-18196
Hearing Date: 9/25/2024
Judge: Michael B. Kaplan
Chapter: 13

Recommended Local Form    ☐ Followed    ☒ Modified

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages 2-3 ~~page xxx~~ is hereby **ORDERED**.

**DATED: January 29, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of  SSA NE Assets, LLC                                      , under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:
566-568 Hawthorne Avenue, Newark, NJ 07112

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:


It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/2023*

It is further ORDERED that this Order shall be binding upon the Debtor and any subsequently appointed trustee in this or any converted case.

It is further ORDERED that in accordance with 11 U.S.C. § 362(d)(4), this Order may be recorded in compliance with applicable New Jersey laws governing notices of interests or liens in real property.

It is further ORDERED that in accordance with 11 U.S.C. § 362(d)(4), any Federal, State, or local governmental unit or clerk that accepts notices of interest or liens in real property shall accept a certified or exemplified copy of this Order for indexing and recording.

It is further ORDERED that in accordance with 11 U.S.C. § 362(d)(4), this Order shall provide prospective relief and shall be unaffected by any future bankruptcy filing by the Debtor or by any other person or entity with respect to the real property commonly known as 566-568 Hawthorne Avenue, Newark, NJ 07112, designated as Block 3901, Lot 7 on the Tax Map of the City of Newark, filed not later than 2 years after the date of entry of this Order; and